IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-293-D

| | |
|---|---|
| LACHANTAL W. RICKETTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| LOGICS, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

On July 2, 2015, plaintiff, proceeding pro se, filed an application to proceed in forma pauperis [D.E. 1]. On July 23, 2015, this court denied plaintiff's application [D.E. 3]. On August 20, plaintiff filed a motion for reconsideration [D.E. 4]. Plaintiff's supplemental filing clarified her application to proceed without prepayment of fees and demonstrated appropriate evidence of inability to pay the required court costs. Accordingly, her is application is allowed.

The clerk is directed to file the complaint and issue the summons prepared by plaintiff. The U.S. Marshal is directed to serve the summons and a copy of the complaint on defendant.

SO ORDERED. This 13 day of October 2015.

JAMES C. DEVER III
Chief United States District Judge