UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No: 5:15-CV-293-D

| | |
|---|---|
| LACHANTAL W. RICKETTS,<br><br>Plaintiff,<br><br>v.<br><br>LOGICS LLC; LOGICS SOLUTIONS; USA SOFTWARE & SERVICES, LLC; USA SOFTWARE OPERATING CO, LLC,<br><br>Defendants. | **ORDER** |

THIS MATTER came before the Court on the Defendants' Motion to Modify the Scheduling Order entered in this matter on February 22, 2016. It appears to the Court that good cause exists to modify the Scheduling Order.

THEREFORE, it is ordered that the deadline for the completion of discovery in this matter is extended to December 15, 2016 and the deadline for filing potentially dispositive motions is extended to January 31, 2017. Except as modified herein, all provisions of the Scheduling Order shall remain in full force and effect.

This the 19 day of August, 2016.

James C. Dever III
Chief United States District Judge