IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-293-D

LACHANTAL W. RICKETTS, )
)
          Plaintiff, )
)
v. )    **ORDER**
)
LOGICS, LLC, d/b/a LOGIC SOLUTIONS, )
)
          Defendant. )

Defendant's motion to dismiss plaintiff's amended complaint [D.E. 44] is DENIED. Whether plaintiff's claims will survive a motion for summary judgment is an issue for another day.

SO ORDERED. This 28 day of December 2016.

JAMES C. DEVER III
Chief United States District Judge