UNITED STATES DISTRICT COURT
THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| LACHANTAL W. RICKETTS,<br><br>Plaintiff,<br><br>v.<br><br>LOGICS, LLC, d/b/a LOGICS SOLUTIONS,<br><br>Defendant. | Case No: 5:15-CV-293-D |

THIS MATTER came before the Court on the Defendant's Motion to Modify the Scheduling Order entered in this matter. It appears to the Court that good cause exists to modify the Scheduling Order.

THEREFORE, it is ordered that the deadline for filing potentially dispositive motions is extended to February 28, 2017. Except as modified herein, all provisions of the Scheduling Order shall remain in full force and effect.

This the 10 day of January, 2017.

James C. Deaver III
Chief United States District Judge