# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | |
|---|---|
| LACHANTAL RICKETTS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> LOGICS, LLC, LOGICS SOLUTION, ) <br> USA SOFTWARE & SERVICES, LLC, ) <br> USA SOFTWARE OPERATING CO., ) <br> LLC, ) <br> ) <br> Respondent. ) | **JUDGMENT IN A CIVIL CASE** <br> **CASE NO. 5:15-CV-293-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendant's motion for summary judgment [D.E. 55]. Defendant may file a motion for costs in accordance with the Federal Rules of Civil Procedure and this court's local rules.

**This Judgment Filed and Entered on September 27, 2017, and Copies To:**

Shawntae R. Crews                                  (via CM/ECF electronic notification)

Brian Moore                                        (via CM/ECF electronic notification)


DATE:                              PETER A. MOORE, JR., CLERK

September 27, 2017                   (By)  /s/ Nicole Briggeman
                                         Deputy Clerk